```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 59504
   RUTHA JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-5857

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/05/2006 and was confirmed 06/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
CITIFINANCIAL               CURRENT MORTG          .00           .00            .00
B-REAL LLC                  UNSECURED          2699.62           .00        1009.43
NEW AGE CHICAGO FURNITUR    UNSECURED         NOT FILED          .00            .00
EXXON                       UNSECURED         NOT FILED          .00            .00
FIRST CONSUMERS NATIONAL    UNSECURED         NOT FILED          .00            .00
FIVE STAR BACK              UNSECURED         NOT FILED          .00            .00
FORD MOTOR CREDIT           UNSECURED         NOT FILED          .00            .00
GENERAL ACCEPTANCE          UNSECURED         NOT FILED          .00            .00
HOUSEHOLD                   UNSECURED         NOT FILED          .00            .00
HSBC                        UNSECURED         NOT FILED          .00            .00
JC PENNEY                   UNSECURED         NOT FILED          .00            .00
LORD & TAYLOR               UNSECURED         NOT FILED          .00            .00
MENARDS                     UNSECURED         NOT FILED          .00            .00
OFFICE MAX                  UNSECURED         NOT FILED          .00            .00
PHILLIPS 66 COMPANY         UNSECURED         NOT FILED          .00            .00
SEARS                       UNSECURED         NOT FILED          .00            .00
SEARS                       UNSECURED         NOT FILED          .00            .00
SEARS MASTER CARD           UNSECURED         NOT FILED          .00            .00
SHOP AT HOME NETWORK        UNSECURED         NOT FILED          .00            .00
SMITH ROTHCHILD             UNSECURED         NOT FILED          .00            .00
SPIEGEL                     UNSECURED         NOT FILED          .00            .00
UNIVERSITY OF ILL           UNSECURED         NOT FILED          .00            .00
US BANK                     UNSECURED         1128.71            .00         422.05
VALUE CITY STORE CREDIT     UNSECURED         NOT FILED          .00            .00
WAL MART STORES INC         UNSECURED         NOT FILED          .00            .00
COHEN & KROL                NOTICE ONLY       NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY            .00                          .00
TOM VAUGHN                  TRUSTEE                                           68.52
DEBTOR REFUND               REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 59504 RUTHA JOHNSON
```

```
                           RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    1,500.00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                             1,431.48
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                     68.52
DEBTOR REFUND                                              .00
                         ---------------        ---------------
TOTALS                     1,500.00                   1,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 05/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```